UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

PRO GREENS INC.,

        Debtor

_____

SYNDICATE EXCHANGE CORPORATION,

        Appellant,

v.                                             Case No.  8:05-cv-646-T-24 TGW

GERRY MINEAR, ET AL.,

        Appellees.

_____/

**ORDER**

        This cause comes before the Court on its own.  Appellant's counsel withdrew on February 16, 2005.  Since Appellant is a corporation and cannot be heard without counsel, this Court stated that it would dismiss this appeal without further notice if Appellant did not obtain counsel and have him or her file a notice of appearance by May 6, 2005.  (Doc. No. 2).  Since no notice of appearance has been filed on behalf of Appellant, the Court hereby dismisses this appeal without prejudice.  The Clerk is directed to close this case.

        **DONE AND ORDERED** at Tampa, Florida, this 9th day of May, 2005.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Syndicate Exchange Corporation c/o Richard Segal, 26740 Via Linda Street, Malibu, CA 90265
Syndicate Exchange Corporation c/o David Silberstein, P.O. Box 260040, Encino, CA 91426